IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal No. 2:13-CR-026-D |
| | § | |
| OMAR MENDOZA (1), | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and defendant's July 12, 2019, objections, the court concludes that the magistrate judge's findings and conclusions are correct. It is therefore ordered that defendant's objections are overruled, the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendant's March 18, 2019, motion for return of property (ECF No. 634) is construed as a civil action seeking the return of property.

The Clerk of the Court is directed to open a new civil case, file the motion as a civil complaint in that case, and directly assign the new case to Senior District Judge Sidney A. Fitzwater and Magistrate Judge D. Gordon Bryant Jr. The clerk is also directed to file copies of the magistrate judge's findings, conclusions, and recommendation, the government's motion for extension of time (ECF No. 639), the court's order granting the extension (ECF No. 640), and a copy of this order in

the civil action.

**SO ORDERED**.

July 17, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE